COMMONWEALTH of Pennsylvania, Respondent

v.

Michael BARONI, Petitioner

No. 298 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Arie OREN, Petitioner

No. 331 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Dennis TOBY, Petitioner

No. 266 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**